

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-92,276-01

**EX PARTE MARTIN AGUILLON JR, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-2777-19-F(1) IN THE 332ND DISTRICT COURT
### FROM HIDALGO COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of burglary of a habitation - intend other felony and sentenced to eight years' imprisonment. Applicant did not file a direct appeal. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07. The record forwarded to this Court appears, however, to be incomplete. The application, as forwarded, is missing pages 14-17, which would contain Applicant's required verification.

On February 5, 2021, this Court ordered the district clerk to supplement the record by either forwarding to this Court a complete copy of the 11.07 habeas application or certify in writing that the missing pages are not part of the record. The clerk was ordered to respond within thirty days

from the date of the order but the clerk has not responded to this Court's order.

We remand this application to the trial court, which shall ensure that the habeas record is supplemented with a complete copy of the 11.07 habeas application, including, among other things, any affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). The trial court shall respond within thirty days from the date of this order. Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: April 6, 2022
Do not publish